# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | GLENN DAVID HUNTER |
| **Case Number:** | 2:07-BK-03434-CGC      **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 56062 WEST PULK PLACE, MARICOPA, AZ 85239 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER WITH WELLS FARGO HOME MORTGAGE, INC.

**R / M #:**   83 / 0

## *Appearances:*

JAMES PORTMAN WEBSTER, ATTORNEY FOR GLENN DAVID HUNTER
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO HOME MORTGAGE

## *Proceedings:*

Mr. Webster advises debtor will stipulate to stay relief.

COURT: THE COURT WILL SIGN THE STIPULATED ORDER WHEN SUBMITTED.