**SO ORDERED.**



Dated: December 22, 2009

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24106/015759911

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Glenn David Hunter<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc.<br>      Movant,<br>  vs.<br>Glenn David Hunter, Debtors; Brian J. Mullen, Trustee.<br>      Respondents. | No. 2:07-bk-03434-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 83) |

    This matter having come before the Court for a Preliminary Hearing on December 15, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Gove L. Allen, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective January 15, 2010** as to

| | |
|---|---|
| 1 | Movant with respect to that certain real property which is subject of a Deed of Trust dated December 20, |
| 2 | 2005, and recorded on , in the office of the Pinal County Recorder at  wherein Wells Fargo Bank, N.A. |
| 3 | successor by merger with Wells Fargo Home Mortgage, Inc. is the current beneficiary and Glenn David |
| 4 | Hunter have an interest in, further described as: |

      Parcel B of Record of Survey recorded in Book 5 of Surveys Page 291, being a portion of the Northeast quarter of Section 5, Township 6 South, Range 2 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona, more particularly described as follows:

The East 198.00 feet of the West 396.00 feet of the South half of the Northeast quarter of the Southeast quarter of the Northeast quarter of Section 5, Township 6 South, Range 2 East of the Gila and Salt River Base and Meridian

EXCEPT all coal and other minerals as reserved by the United States of America in the patent to said land.

      IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

      DATED this ____ day of _____, 2009.

                                              _____
                                              JUDGE OF THE U.S. BANKRUPTCY COURT